IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:06CR254-CSC |
| | ) | [18 U.S.C. 13; AL 32-5A-191.3] |
| v. | ) | |
| | ) | |
| GEORGE D. SHOWERS, JR. | ) | INFORMATION |

The United States Attorney charges that:

On or about the 22nd of April, 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, GEORGE D. SHOWERS, JR., did operate a boat while under the influence of alcohol in violation of Title 18, Section 13, United States Code and Alabama Code 32-5A-191.3.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9708

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | AFFIDAVIT |
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. Investigation revealed that at approximately 3:45 P.M. on the 22nd of April, 2006, a man, identified as GEORGE D. SHOWERS, JR., crashed a rented pontoon boat into the dock at the Lake Tholocco Marina. He was interviewed by military police officers and a game warden, at which time he was belligerent and appeared intoxicated. SHOWERS was transported to the military police station for further processing. SHOWERS submitted to a breath alcohol analysis which indicated an alcohol content of 0.15 g/210 L.

_____
BENJAMIN S. EAGER, SPC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this 20th day of July 2006.

_____
NOTARY PUBLIC

My commission expires: 23 DEC 2006