AO86A (Rev. 4/91) Consent to Proceed—Misdemeanor

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA
V.

GEORGE D. SHOWERS, JR.

**CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE
IN A MISDEMEANOR CASE**

Case Number: 1:06cr254-CSC

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and I consent to trial, judgment and sentencing before a United States magistrate judge.**

X _____,
Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

**I HEREBY: Waive (give up) my right to trial by jury.**

_____
Defendant

Consented to by United States

_____
Signature

_____
Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.**

X _____,
Defendant

_____
Defendant's Attorney (if any)

Approved By: _____
U.S. Magistrate Judge

_____
Date