**COURTROOM DEPUTY MINUTES**  
**MIDDLE DISTRICT OF ALABAMA**

DATE: **JANUARY 9, 2007**   Time: **10:32 - 10:36**

TAPE NO: **3052** @ **1870** to **2103**

- √ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: **CHARLES S. COODY**   DEPUTY CLERK: **WANDA STINSON**

CASE NO. **1:06CR254-CSC**   NAME: **GEORGE D. SHOWERS, JR**

AUSA: **NATHAN T. GOLDEN**   DEFT. ATTY: **KEVIN BUTLER**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO

USPO: _____

Defendant ____ does √ does NOT need an interpreter.   Interpreter NAME: _____

---

- ☐ Kars.   Date of Arrest _____ or ☐ karsr40
- √ Kia.   Deft. First Appearance. Advised of rights/charges.   ☐ Pro/Sup Rel Violator
- √ Kcnsl.   Deft. First Appearance with Counsel
- ☐   Deft. First Appearance without Counsel
- ☐   Requests appointed Counsel   ☐ ORAL MOTION
- ☐ Kfinaff.   Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ Koappted   ORDER appointing Community Defender Organization
- ☐ K20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐   Deft. Advises he will retain counsel. Has retained _____
- √ karr.   ARRAIGNMENT √ HELD. Plea of **NOT GUILTY** entered.
  √ Jury Trial Set for **3/12/07**   ☐ PRETRIAL CONF. DATE: _____
  ☐ DISCOVERY DISCLOSURES DATE: _____
  ☐ Request Non-Jury Trial.
  ☐ **GUILTY PLEA** entered.
- √ CONSENT to Proceed before **U.S. Magistrate Judge**
- ☐ krmknn.   NOTICE to retained Criminal Defense Attorney handed to Counsel.