IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 1:06cr254-CSC |
| | ) | |
| GEORGE D. SHOWERS, JR. | ) | |

**ORDER**

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. # 12) filed on February 9, 2007, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for **March 6, 2007**, at **10:00 a.m.**, at the Soldiers Service Center, Building 5700, Fort Rucker, Alabama**.**

Done this 13th day of February, 2007.

                                                 /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE