**COURTROOM DEPUTY MINUTES**  DATE: __3/8/07__  TIME: __10:57 - 11:08__
**MIDDLE DISTRICT OF ALABAMA**
TAPE NO.: __3053__  AT __643 - 948__

❏ ARRAIGNMENT    ✓ **CHANGE OF PLEA**    ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**    ❏ **SENTENCING**

**PRESIDING MAG. JUDGE:** _CHARLES S. COODY_  **DEPUTY CLERK:** _WANDA STINSON_

**CASE NUMBER:** _1:06CR254-CSC_  **DEFENDANT NAME:** _GEORGE D. SHOWERS, JR._
**AUSA:** _CAPT. NATHAN T. GOLDEN_  **DEFENDANT ATTY:** _DONNIE BETHEL_

Type Counsel: ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  ( ) CDO

**USPO:** _BOB PITCHER_

**Defendant** __ does  ✓ does NOT need and interpreter.

**Interpreter present?** __✓__ NO  _____ YES  Name: _____

❏ This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**  ❏ Not Guilty       ❏ Nol Contendere
❏ Not Guilty by reason of insanity
✓ Guilty as to:
  ✓ Count(s) __1__ of the Information
  ❏ Count(s) _____ ❏ dismissed on oral motion of USA;
  ❏ to be dismissed at sentencing

❏ **CRIMINAL TERM:** _____    ❏ **WAIVER OF SPEEDY TRIAL** filed.
**DISCOVERY DISCLOSURE DATE:** _____

❏ **ORAL** plea agreement filed. ✓ Written plea agreement. ❏ **ORDERED SEALED.**
✓ **ORAL ORDER** Adjudicating defendant guilty
❏ **APPEARANCE BOND** executed.
❏ Trial on _____; ✓ Sentencing on __5/8/07__  ❏ to be set by separate order.
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
  Trial on _____ ; or  ❏ Sentencing on _____