IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:06CR254-CSC |
| | ) | |
| GEORGE D. SHOWERS, JR. | ) | |

**ORDER**

For good cause, it

**ORDERED** that the defendant is set for sentencing on **May 8, 2007 at 10:00 a.m.**, before the undersigned Magistrate Judge, at the Soldiers Service Center, Building 5700, in Room 342, Ft. Rucker, Alabama.

Done this 12th day of March, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE